452 A.2d 56

Commonwealth v. Marrero a/k/a Cruz, Appellant.

Submitted May 11, 1982. Joseph C. Santaguida, for appellant; Gail Thackeray, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.